IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:12-cr-5-RS
   5:14-cv-156-RS-GRJ

JIMMIE LEE AIKENS, JR.,

    Petitioner.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 669), and Petitioner's Objections (Doc. 670). I have reviewed the objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 667) is summarily **DENIED** and **DISMISSED** as untimely.

4. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

3. The clerk is directed to close the file.

**ORDERED** on July 22, 2014.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**